AO 442 (Rev. 11/11) Arrest Warrant

REC'D USMS-FARGO, ND
'25 AUG 21 AM 8:57

# UNITED STATES DISTRICT COURT
for the
District of North Dakota

| United States of America | ) | |
|---|---|---|
| v. | ) ) | Case No. 3:25-mj-595 |
| CADENA-Velazquez, Jose Adelfo | ) ) ) ) | |
| Defendant | | |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*    Jose Adelfo Cadena-Velazquez                              ,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☑ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C., Section 1546(a) - use of a fraudulent document as evidence of authorized stay and employment in the United States, knowing or having reason to know the document to be fraudulent;
42 U.S.C., Section 408(a)(7)(B) - use of a social security account number not assigned to himself with intent to deceive; and
18 U.S.C., Section 111(a) - forcibly resisted and opposed detention by Customs and Border Patrol agents and officers who were acting in their official capacity as agents and officers of Customs and Border Patrol.

Date:    8/21/2025 (08/20/2025 struck through)        *Issuing officer's signature*

City and state:    Fargo, North Dakota        Alice R. Senechal, United States Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)*    8/21/2025    , and the person was arrested on *(date)*    8/18/2025
at *(city and state)*    Fargo, North Dakota    .

Date:    8/21/2025        *Arresting officer's signature*

David Marcus  Border Patrol Agent
*Printed name and title*